IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



**ROWLAND OWUSU,**

Petitioner,

v.  Civil Action No. 3:09CV116

**ERIC HOLDER,** *et al.*,

Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered March 18, 2009, the Court conditionally filed Petitioner's § 2241 petition. By that same Memorandum Order the Court explained to Petitioner that he must inform the Court in the event he is transferred, relocated, or released during the pendency of the action. Petitioner was warned that the failure to keep the Court apprised of his current address would result in the dismissal of the action. On June 1, 2009, the Court's May 21, 2009 Memorandum Order was returned to the Court by the United States Postal Service marked "NOT HERE," "RETURN TO SENDER," "ATTEMPTED - NOT KNOWN," and "UNABLE TO FORWARD." Petitioner's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate order will accompany this Memorandum Opinion.

/s/
James R. Spencer
**Chief United States District Judge**

Date: 9-3-09
Richmond, Virginia